In the Matter of the Estate of ANNA B. GOODMAN, Deceased.— Decree affirmed, without costs of this appeal to either party. All concur. (The decree adjudges

the claim for payment of a charitable subscription to be valid and directs the executor to pay same.) Present — Cunningham, Taylor, Dowling, Harris and McCurn, JJ.